IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TIMOTHY WALLIN, on behalf of himself
and all others similarly situated,

    *Plaintiff*,

v.

NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC.,

    *Defendant*.

No. 1:06CV00382 (EGS)

## NOTICE OF FILING OF MOTION TO TRANSFER

Pursuant to Rule 5.12(c) of the Rules of the Judicial Panel on Multidistrict Litigation, Defendant National Association of Securities Dealers, Inc., hereby notifies this Court of the filing of the attached motion for transfer of this action by the Panel, pursuant to 28 U.S.C. § 1407. This motion is in addition to the motion dated February 21, 2006, by Andrew Crabbe and Linda Cutler. The Panel has docketed these motions as MDL-1772, *In re Series 7 Broker Qualification Exam Scoring Litigation*.

Filed: March 13, 2006

Respectfully submitted,

_____/s/_____

F. Joseph Warin
William M. Jay
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC  20036
(202) 955-8500

*Attorneys for Defendant National Association of Securities Dealers, Inc.*