### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM LOWE, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.; EDS CORPORATION,<br>*Defendants*. | No. 1:06CV00280-RBW |
| TIMOTHY WALLIN, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.,<br><br>*Defendant*. | No. 1:06CV00382-EGS |

### NOTICE OF RELATED CASES

Pursuant to Local Civil Rule 40.5(b)(3), Defendant National Association of Securities Dealers, Inc. (NASD), hereby notifies this Court that the above-captioned cases are related, as that term is defined in Local Civil Rule 40.5(a)(3).

1. The *Lowe* case was filed February 15, 2006, and is still pending before the Hon. Reggie B. Walton. No substantive motions have been filed; NASD has waived formal service of process, pursuant to the plaintiff's request; and NASD's answer or other responsive pleading is currently due April 17, 2006.

2. The *Wallin* case was filed March 3, 2006, and was assigned to the Hon. Emmet G. Sullivan. No substantive motions have been filed; NASD was served with the summons and

complaint on March 8, 2006; and NASD's answer or other responsive pleading is currently due March 28, 2006.

3. Both the *Lowe* and *Wallin* cases and four other, substantially similar cases pending in districts around the country are the subject of two motions to consolidate docketed by the Judicial Panel on Multidistrict Litigation (the MDL Panel) as MDL No. 1772, *In re Series 7 Broker Qualification Exam Scoring Litigation*. Those motions, one filed on February 28, 2006, by the plaintiffs in two cases pending in the Southern District of New York and one filed March 13, 2006, by NASD, request that the litigation be centralized in the Southern District, where the most complaints are pending. Copies of NASD's transfer motion were served on counsel in both cases and filed with this Court under both pending docket numbers. See Lowe Dkt. Entry #6; Wallin Dkt. Entry #4.

4. The *Wallin* complaint seeks certification of the same class, and alleges the same harm by NASD, as the *Lowe* case and, indeed, all of the other cases named in the MDL motions. *Compare* Wallin Compl. ¶ 10 (proposed class definition), ¶¶ 30-33 (claim against NASD for breach of contract), *with* Lowe Compl. ¶ 10 (proposed class definition), ¶¶ 36-39 (claim against NASD for breach of contract). Mr. Wallin and Mr. Lowe both allege that due to the same software error, NASD erroneously told them that they had failed the Series 7 examination, a qualification test for brokers. Wallin Compl. ¶ 13; Lowe Compl. ¶ 7. Both plaintiffs contend that by not scoring their examinations correctly, NASD breached an implied contract. Wallin Compl. ¶¶ 30-33; Lowe Compl. ¶¶ 36-39.

5. Civil cases are related "when the earliest is still pending on the merits in the District Court and they . . . (ii) involve common issues of fact, or (iii) grow out of the same event or transaction." Local Civ. R. 40.5(a)(3). The *Lowe* case, which was filed first, is still pending,

and the two cases plainly involve both common factual issues (the alleged existence of a contract between NASD and the putative class members, and NASD's alleged breach) and the same event (the software error that led to the erroneous score reports). The *Lowe* complaint includes some alternative theories of relief and names an additional defendant (EDS Corp.), but those facts are not relevant to the designation of these cases as related. *See id.*

* * *

For the foregoing reasons, NASD submits that the *Lowe* and *Wallin* cases are related. This Court's procedure for handling related cases is set out in Local Civil Rule 40.5(c)(2).

Dated: March 14, 2006                              Respectfully submitted,


_____/s/_____

F. Joseph Warin
William M. Jay
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC  20036
(202) 955-8500

*Attorneys for Defendant National Association of Securities Dealers, Inc.*