## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TIMOTHY WALLIN, on behalf of himself
and all others similarly situated,

        *Plaintiff*,

   v.

NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC.,

        *Defendant*.

No. 1:06CV00382-EGS

### UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant National Association of Securities Dealers, Inc. (NASD), respectfully moves this Court for a 30-day extension of time to respond to the complaint, to and including April 27, 2006. Counsel for Plaintiff has agreed to this extension of time.

This case is related to several others pending before this Court, including one that was filed well before this case. *Lowe v. NASD*, 06-CV-00280 (RBW). As NASD recently notified this Court, this case is also the subject of a transfer motion filed with the Judicial Panel on Multidistrict Litigation. The plaintiffs in the cases listed in that transfer motion, including this case, have only recently reached agreement that all complaints relating to the subject matter at issue in this case should be filed in this Court, and have accordingly dismissed complaints pending in the Middle District of Tennessee and the Southern District of New York and re-filed them in this Court. *Crabbe v. NASD*, 06-CV-525 (RBW); *Hester v. NASD*, 06-CV-554 (RBW).

Although this case was not the first filed and, pursuant to Local Civ. R. 40.5, may be reassigned or consolidated with the lower-numbered *Lowe* case, this is the first case in which a responsive pleading is due. NASD, the plaintiffs in all actions, and the other defendant in *Lowe*

have been negotiating a stipulated proposed order to govern all the cases pending in this Court, which would excuse NASD from the obligation to file any responsive pleading until the plaintiffs file a consolidated amended complaint.  Additionally, virtually identical cases were recently filed in two other federal district courts, so multidistrict transfer proceedings may still be needed before consolidation—a further reason to postpone response to individual complaints.

Because of the likelihood that these cases will be consolidated and a single amended complaint filed, counsel for plaintiff Wallin has agreed to a 30-day extension of the time to respond to this complaint.  NASD was served with the summons and complaint on March 8, 2006, and NASD's answer or other responsive pleading is currently due March 28, 2006.

For the foregoing reasons, NASD respectfully requests that the Court extend the time to respond to the complaint by 30 days, to and including April 27, 2006.

Dated: March 28, 2006                               Respectfully submitted,


                                                            _____/s/_____

F. Joseph Warin
William M. Jay
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC  20036
(202) 955-8500

*Attorneys for Defendant National Association of Securities Dealers, Inc.*

2