# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY WALLIN, on behalf of himself and all others similarly situated,<br><br>　　　　　　*Plaintiff*,<br>　　v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.,<br><br>　　　　　　*Defendant*. | No. 1:06CV00382-EGS<br><br>**[PROPOSED] AGREED ORDER** |

　　　The unopposed motion filed by Defendant National Association of Securities Dealers, Inc., for an extension of time to respond to the complaint is GRANTED. Defendant shall file an answer or other responsive pleading on or before April 27, 2006, absent further order by this Court.

　　　SO ORDERED this _____ day of _____, 2006.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge